Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| SANJIV GOEL M.D. INC., a California corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>AETNA, INC., and AETNA LIFE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>   Defendants. | CASE NO. 2:15-cv-07197-ODW-MRW<br>*Judge: Otis D. Wright II*<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Pursuant to the Joint Stipulation to Dismiss Entire Action with Prejudice executed by and between Plaintiff SANJIV GOEL, M.D., INC. and Defendant AETNA LIFE INSURANCE COMPANY, the Court hereby orders that this action is dismissed with prejudice, each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  May 12, 2016

_____
Otis D. Wright II
United States District Judge

-1-